UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKHAIL RYABOV,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | CASE NO. C23-884 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has received and reviewed Plaintiff's Notice of Voluntary Dismissal. (Dkt. No. 13.) Plaintiff asks the Court to voluntarily dismiss this action without court order pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). But this rule does not apply where, as here, the defendant has filed an answer and where the defendant has not stipulated to the dismissal. The Court therefore requests that Defendant provide a response to the request for dismissal. Defendant must file a

response by no later than October 23, 2023, and indicate whether and on what terms it opposes dismissal of this action. No reply shall be filed unless requested by the Court.

The clerk is ordered to provide copies of this order to all counsel.

Filed October 13, 2023.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Serge Bodnarchuk<br>
Deputy Clerk

MINUTE ORDER - 2