UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKHAIL RYABOV,<br><br>               Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | CASE NO. C23-884 MJP<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal (Dkt. No. 13), which the Court construed as a motion for voluntary dismissal to which a response was required (Dkt. No. 14). Having considered the Motion and Defendant's response (Dkt. No. 15), which indicates the Motion is unopposed, the Court GRANTS the Motion and DISMISSES this action without prejudice.

\\

\\

\\

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated October 16, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge